UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jennifer Smith

                                                 Plaintiff,

v.                                                     Case No.: 1:13−cv−02018
                                                    Honorable Amy J. St. Eve

State Farm Mutual Automobile Insurance Company

                                               Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 25, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Plaintiff's motion for class certification [6] is denied without prejudice to refile once the defendant has appeared. Defendant is on notice that this is a putative class action. No appearance is required on the 3/26/13 notice date. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.