IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER SMITH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 1:13-cv-2018<br><br>Hon. Amy J. St. Eve |

**PLAINTIFFS' MOTION FOR CERTIFICATION OF A CLASS AND SUBCLASS PURSUANT TO FED. R. CIV. P. 23(b)(3), 23(b)(1), AND/OR 23(c)(4)**

Plaintiffs Jennifer Smith and Shawn Matejovich respectfully move the Court to Certify a Class and Subclass Pursuant to Fed. R. Civ. P. 23(b)(3), 23(b)(1), and/or 23(c)(4).

Plaintiffs seek certification of a Class defined as persons who received automated telephone calls on their cellular telephones, and whose lead information was transferred to agents of State Farm, between January 1, 2012 and September 29, 2013 ("Class" and "Class Period"). Plaintiffs also seek certification of a "willfulness" subclass defined as persons who received the above phone calls, and whose lead information was transferred to agents of State Farm, between April 24, 2013—the date a subpoena was issued to Variable in this case—until September 26, 2013 ("Subclass").

As more fully explained in the accompanying Memorandum of Points and Authorities, the proposed Class and Subclass are ascertainable; satisfy the Rule 23(a) requirements of numerosity, commonality, typicality, and adequacy; and satisfy the Rule 23(b)(3) requirements of predominance and superiority. For these reasons, Plaintiffs respectfully seek certification under Rule 23(b)(3) of the Class and Subclass. In addition, or in the alternative, Plaintiffs

respectfully seek certification of the Class and Subclass against Variable under Rule 23(b)(1), and of the issue of vicarious liability against both defendants under Rule 23(c)(4). Plaintiffs also request that the Court appoint them as Class Representatives, and that Rule 23(g) interim class and liaison counsel be appointed as Class Counsel.

Respectfully submitted,

Dated: March 1, 2016

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP

By: _____
      Jonathan D. Selbin

Jonathan D. Selbin (*pro hac vice*; admitted to the
  N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*; admitted to
  the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens (*pro hac vice*; admitted to the
N.D. Ill. general bar)
jspragens@lchb.com
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Lead Counsel for Plaintiffs and the Proposed Class*

- 2 -

1294540.1

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL  60601
Telephone:  (312) 729-5288
Facsimile:   (312) 729-5289

*Liaison Counsel for Plaintiffs and the Proposed Class*

BRODERICK LAW, P.C.
Edward A. Broderick (pro hac vice)
ted@broderick-law.com
Anthony Paronich (pro hac vice)
anthony@broderick-law.com
125 Summer Street, Suite 1030
Boston, MA 02360
Telephone:  (508) 221-1510

LAW OFFICE OF MATTHEW MCCUE
Matthew McCue (pro hac vice)
Email: mmccue@massattorneys.net
1 South Ave, Suite 3
Natick, MA 01760
Telephone:  (508) 655-1415

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email:  mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; admitted to the N.D. Ill. general bar)
Email:  mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:   (614) 224-6066

EDELMAN, COMBS, LATTURNER &
GOODWIN, LLC
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603-3593
Telephone (312) 739-4200
Facsimile: (312) 419-0379

*Additional Counsel for Plaintiffs and the Proposed Class*

- 4 -

1294540.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                        By:   /s/ *Jonathan D. Selbin*
                                                    Jonathan D. Selbin

1294540.1