IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER SMITH, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 1:13-cv-2018<br><br>Hon. Amy J. St. Eve |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL**

Plaintiffs Jennifer Smith and Shawn Matejovich respectfully move the Court – unopposed – for leave to file Plaintiffs' Memorandum of Points and Authorities in Support of their Motion for Preliminary Approval in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1"). Specifically, Plaintiffs request leave to file a memorandum of no more than 25 pages.

An enlargement of the page limitation is necessary to allow Plaintiffs to fully describe to the Court the proposed Settlement, the Notice and Claims Administration process, and the legal and factual basis for conditionally certifying the Class and preliminarily approving the Settlement. Plaintiffs have conferred with counsel for State Farm, who have indicated that they do not oppose this request.

The memorandum will comport with Local Rule 7.1's requirement that briefs in excess of fifteen pages include a table of contents and table of authorities.

1312599.1

Respectfully submitted,

Dated: August 1, 2016

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP

By: _____
       Jonathan D. Selbin

Jonathan D. Selbin (*pro hac vice*; admitted to the
  N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*; admitted to
  the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens (*pro hac vice*; admitted to the
N.D. Ill. general bar)
jspragens@lchb.com
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Lead Counsel for Plaintiffs and the Proposed
Class*

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Liaison Counsel for Plaintiffs and the Proposed
Class*

1312599.1

BRODERICK LAW, P.C.
Edward A. Broderick (pro hac vice)
ted@broderick-law.com
Anthony Paronich (pro hac vice)
anthony@broderick-law.com
125 Summer Street, Suite 1030
Boston, MA 02360
Telephone: (508) 221-1510

LAW OFFICE OF MATTHEW MCCUE
Matthew McCue (pro hac vice)
Email: mmccue@massattorneys.net
1 South Ave, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; admitted to the N.D. Ill. general bar)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603-3593
Telephone (312) 739-4200
Facsimile: (312) 419-0379

*Additional Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:    /s/ *John T. Spragens*
              John T. Spragens

1312599.1