IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JENNIFER SMITH, et al., | Case No. 1:13-cv-2018 |
| Plaintiffs, | |
| v. | Hon. Amy J. St. Eve |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

Plaintiffs Jennifer Smith and Shawn Matejovich respectfully move the Court to grant preliminary approval of the proposed class action Settlement in this case and to certify conditionally the Settlement Class. Specifically, Plaintiffs request that the Court:

(1) grant preliminary approval of the proposed Settlement as being within the range of possible final approval;

(2) conditionally certify a Settlement Class defined as "All persons within the United States who received a non-emergency telephone call from Variable to a cellular telephone through the use of an automatic telephone dialing system or an artificial or prerecorded voice, and whose Lead Information was transferred to a State Farm Agent between January 1, 2012 and October 1, 2013";

(3) appoint Jennifer Smith and Shawn Matejovich as class representatives;

(4) designate Lieff Cabraser Heimann & Bernstein, LLP, as Class Counsel; and

(5) appoint Rust Consulting as the Claims Administrator to administer the proposed Notice and Claims Program.

1313491.1

As more fully explained in the accompanying Memorandum of Points and Authorities, the proposed Settlement is fair, adequate, and within the range of reasonableness; the proposed Settlement Class is ascertainable, satisfies the Rule 23(a) requirements of numerosity, commonality, typicality, and adequacy; and satisfies the Rule 23(b)(3) requirements of predominance and superiority.

For these reasons, Plaintiffs respectfully seek conditional certification under Rule 23(b)(3) of the Class and preliminary approval of the Settlement. A proposed Preliminary Approval Order is attached as Exhibit A to the contemporaneously filed Settlement Agreement.

Respectfully submitted,

Dated: August 2, 2016

LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP

By: _____
    Jonathan D. Selbin

Jonathan D. Selbin (*pro hac vice*; admitted to the
  N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*; admitted to the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens (*pro hac vice*; admitted to the N.D. Ill. general bar)
jspragens@lchb.com
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Lead Counsel for Plaintiffs and the Proposed Class*

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Liaison Counsel for Plaintiffs and the Proposed Class*

BRODERICK LAW, P.C.
Edward A. Broderick (pro hac vice)
ted@broderick-law.com
Anthony Paronich (pro hac vice)
anthony@broderick-law.com
125 Summer Street, Suite 1030
Boston, MA 02360
Telephone: (508) 221-1510

LAW OFFICE OF MATTHEW MCCUE
Matthew McCue (pro hac vice)
Email: mmccue@massattorneys.net
1 South Ave, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415

- 3 -

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; admitted to the N.D. Ill. general bar)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603-3593
Telephone (312) 739-4200
Facsimile: (312) 419-0379

*Additional Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   /s/ *John T. Spragens*
        John T. Spragens