**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JENNIFER SMITH, et al., | Case No. 1:13-cv-2018 |
| Plaintiffs, | |
| v. | Hon. Amy J. St. Eve |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE AMENDED MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM IN SUPPORT**

Class Counsel respectfully request leave to file an Amended Motion for Attorneys' Fees, Costs, and Service Awards and Memorandum in Support. For convenience, the proposed amended brief is being concurrently filed in a separate docket entry with this motion. The amended brief corrects an error in the original brief (Dkt. No. 321), which inadvertently cited a $62,000 estimate for notice and administration costs rather than the updated $140,000 estimate. The amended brief corrects this error and adjusts related calculations accordingly, including reducing Class Counsel's overall request for attorneys' fees to one-third of the revised net settlement estimate, or $2,286,666.67.

The Amended Motion and Memorandum will be posted immediately on the Official Settlement Website. The original Motion and Memorandum should be disregarded, and will be taken off the website.

WHEREFORE, Class Counsel respectfully request leave to file an Amended Motion for Attorneys' Fees, Costs, and Service Awards and Memorandum in Support.

1324537.2

Dated: October 12, 2016

Respectfully submitted,

LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP

By: _____
 Jonathan D. Selbin

Jonathan D. Selbin (*pro hac vice*; admitted to the
 N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Daniel M. Hutchinson (*pro hac vice*; admitted to
 the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

John T. Spragens (*pro hac vice*; admitted to the
 N.D. Ill. general bar)
jspragens@lchb.com
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

*Lead Counsel for Plaintiffs and the Class*

BURKE LAW OFFICES, LLC
Alexander H. Burke
Email: ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone: (312) 729-5288
Facsimile: (312) 729-5289

*Liaison Counsel for Plaintiffs and the Class*

BRODERICK LAW, P.C.
Edward A. Broderick (pro hac vice)
ted@broderick-law.com
Anthony Paronich (pro hac vice)
anthony@broderick-law.com
125 Summer Street, Suite 1030
Boston, MA 02360
Telephone: (508) 221-1510

LAW OFFICE OF MATTHEW MCCUE
Matthew McCue (pro hac vice)
Email: mmccue@massattorneys.net
1 South Ave, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415

MEYER WILSON CO., LPA
Matthew R. Wilson (Ohio State Bar No. 0072925; admitted to the N.D. Ill. general bar)
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr. (Ohio State Bar No. 0091162; admitted to the N.D. Ill. general bar)
Email: mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603-3593
Telephone (312) 739-4200
Facsimile: (312) 419-0379

*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

By:   /s/ *John T. Spragens*
           John T. Spragens